UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
2022 APR -6 P 4:08
CLERK Cesbell
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| JAMES HOFFMAN | ) Prohibited Person |
| | ) |

CR422-0047

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 18, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**JAMES HOFFMAN,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Taurus, model 709 Slim, 9mm pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of this Indictment, the defendant, **JAMES HOFFMAN** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, a Taurus, model 709 Slim, 9mm pistol (serial number TKN11463).

_____
David H. Estes
United States Attorney

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Steven H. Lee
Assistant United States Attorney
* Lead Counsel