IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
Choose an item. **DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:22-CR-47-RSB-CLR |
| JAMES HOFFMAN | |
| Defendant. | |

**CHANGE OF PLEA**

With consent of the Court, the Defendant James Hoffman, having previously entered a plea of NOT GUILTY hereby withdraws that plea and enters a plea of GUILTY to Count 1 in the Indictment.

Signed this ___30th___ day of ___June___, 2020.

_____
Defendant

_____
Counsel for Defendant